1062

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE E. DIESE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00407-9, Suzan L. Clark, J., entered April 3, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 47965-6-II.   Division Two.   May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA T. REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00088-0, Gregory M. Gonzales, J., entered August 13, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Maxa, JJ.

[No. 48190-1-II.   Division Two.   May 2, 2017.]

*In the Matter of the Marriage of* ROGER DALE ST. GEORGE, *Appellant*, and JEANNE ELLEN ST. GEORGE, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-3-00283-1, F. Mark McCauley, J., entered September 24, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 48332-7-II.   Division Two.   May 2, 2017.]

BA&C PROPERTY MANAGEMENT, LLC, *Appellant*, v. THE CITY OF LAKEWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-15205-7, Philip K. Sorensen, J., entered October 30, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.